provided for the manner of distribution of the award in the event the Commonwealth exercised its option to take possession by paying into court the full amount thereof. No issue on appeal in any way involved the supplementary order. As a matter of fact, the Commonwealth had no ground upon which to appeal from that order.

The July 27 judgment fixed the amount of the condemnation award. Since the only ground of appeal was that the award was excessive, the Commonwealth properly appealed from the only judgment which determined it. The amended judgment stands or falls upon the results of a trial in the circuit court on the issue of excessiveness.

In our opinion the Commonwealth is entitled to such a trial, and it was error to dismiss the appeal.

The judgment is reversed for consistent proceedings.

PALMORE, Judge, not sitting.

King, Deep & Branaman, Dorsey & Sullivan, Odie Duncan, Henderson, for appellees.

CLAY, Commissioner.

This is an appeal by the Commonwealth in a condemnation case from an order of the circuit court dismissing its appeal from a county court judgment which confirmed a Commissioners' award of $44,000. In all pertinent respects the procedural questions involved are identical with those in the case of Commonwealth of Kentucky v. Utley, Ky., 350 S.W.2d 698. For the reasons stated in that opinion, the circuit court erroneously dismissed the Commonwealth's appeal and it is entitled to a trial under the provisions of KRS 177.087.

The judgment is reversed for consistent proceedings.

PALMORE, Judge, not sitting.

COMMONWEALTH of Kentucky DEPARTMENT OF HIGHWAYS, Appellant,

v.

Ethel HUNT, Widow, et al., Appellees.

Court of Appeals of Kentucky.

June 16, 1961.

Rehearing Denied Dec. 1, 1961.

John B. Breckinridge, Atty. Gen., H. D. Reed, Jr., Asst. Atty. Gen., C. E. Skidmore, Legal Section, Dept. of Highways, Frankfort, for appellant.

CUMBERLAND RIVER OIL COMPANY, Appellant,

v.

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, et al., Appellees.

Court of Appeals of Kentucky.

Sept. 22, 1961.

Rehearing Denied Dec. 1, 1961.

